453 A.2d 332

COMMONWEALTH of Pennsylvania

v.

Rachel ROBINSON, Appellant.

Supreme Court of Pennsylvania.

Argued Dec. 6, 1982.

Decided Dec. 29, 1982.

Kenneth R. Dixon, (Court-appointed), Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Stuart Haimowitz, Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Judgment of sentence affirmed.